Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

ANNA ELENTO-SNEED          3412-0
ZACHARY A. MCNISH          8588-0
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:    aes@ahfi.com
           zmcnish@ahfi.com

Attorneys for Defendant
MILLENNIUM SECURITY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ROBERT L. WADE, SR., <br><br> Plaintiff, <br><br> vs. <br><br> MILLENNIUM SECURITY, INC.; JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5; DOE PARTNERSHIPS 1-5; DOE NON-PROFIT ORGANIZATIONS 1-5; and DOE GOVERNMENTAL AGENCIES 1-5, <br><br> Defendants. | Case No. CV10-00713 SOM-BMK <br><br> **FINDINGS AND RECOMMENDATION GRANTING DEFENDANT MILLENNIUM SECURITY, INC.'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, FILED JULY 13, 2011** <br><br> <u>Hearing</u> <br> Date:        August 22, 2011 <br> Time:        10:30 a.m. <br> Judge:      Hon. Barry M. Kurren |

## FINDINGS AND RECOMMENDATION GRANTING DEFENDANT MILLENNIUM SECURITY, INC.'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, FILED JULY 13, 2011

Defendant Millennium Security, Inc. ("Millennium"), filed its Petition for Determination of Good Faith Settlement on July 13, 2011 ("Petition"), pursuant to HRS §§663-15.5. The Motion was heard on August 22, 2011 at 10:30 a.m. by the Honorable Barry M. Kurren. Zachary A. McNish appeared on behalf of Millennium. Charles Brower appeared on behalf of Plaintiff Robert L. Wade, Sr. ("Wade").

Having reviewed the Motion and considering the documents and evidence submitted in support thereof, the representations of counsel, and the files and records herein, and good cause appearing therefore, the Court finds and concludes as follows:

1. The Petition was properly filed, and indicates the settling parties, namely Millennium Security, Inc. and Robert L. Wade, Sr.

2. The settlement agreement between the parties contains a confidentiality agreement; therefore, the settlement agreement was filed under seal and its terms were not stated in the Petition. The Court has reviewed the terms of the settlement agreement.

3. The Petition was served by certified mail on American Patriot Security & Investigations, Inc. ("APSI"), the entity that has been identified by the parties to this action as a possible joint tortfeasor.

4. The Court received no objections to the Petition from APSI or from any other party or entity, having waited the required twenty-five days for any such objections.

5. Based on the totality of the circumstances, including the following factors, the Court determines that the settlement between Millennium and Wade was entered into in good faith:

> (1) the type of case and difficulty of proof at trial;
>
> (2) the realistic approximation of total damages that the Wade seeks;
>
> (3) the strength of the Wade's claim and the realistic likelihood of his success at trial;
>
> (4) the predicted expense of litigation;
>
> (5) the relative degree of fault of the settling tortfeasors;
>
> (6) the amount of consideration paid to settle the claims;
>
> (7) the absence of insurance coverage for Millennium;
>
> (8) the relationship among the parties, which is not conducive to any collusion or wrongful conduct; and
>
> (9) the absence of any other evidence that the settlement is aimed at injuring the interests of a non-settling tortfeasor or motivated by other wrongful purpose.

6. Accordingly, the Court FINDS AND RECOMMENDS that Millennium's Petition be GRANTED and that an order be entered finding that the settlement between Millennium and Wade was made in good faith and that any further claims against Millennium Security, Inc. by American Patriot Security & Investigations, Inc. are barred pursuant to HRS § 663-15.5.

IT IS SO FOUND AND RECOMMENDED.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

---

*Robert L. Wade, Sr. v. Millennium Security, Inc.*; Case No. CV10-00713 SOM-BMK; Findings and Recommendation Granting Defendant Millennium Security, Inc.'s Petition for Determination of Good Faith Settlement, Filed July 13, 2011.