IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBERT L. WADE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILLENNIUM SECURITY, INC.; ) <br> JOHN DOES 1-5; JANE DOES 1-5; ) <br> DOE CORPORATIONS 1-5; DOE ) <br> PARTNERSHIPS 1-5; DOE NON- ) <br> PROFIT ORGANIZATIONS 1-5; ) <br> DOE GOVERNMENTAL ) <br> AGENCIES 1-5, ) <br> ) <br> Defendants. ) <br> _____ ) | CV 10-00713 SOM-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 6, 2011 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

2

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 23, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

ROBERT L. WADE, SR. v. MILLENNIUM SECURITY, INC.; CV 10-00713 SOM-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION